District Judge Burgess
Magistrate Judge Strombom

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   MS06-5001-FDB-KLS |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING CASE |
| | ) | |
| MARCIA BOZARTH, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The United States' Motion to Withdraw Petition and Dismiss Case is GRANTED.

The above-captioned case is hereby dismissed.

DATED this 6th day of February, 2006.



_____
FRANKLIN D. BURGESS
United States District Judge


s/Kristin B. Johnson
_____
KRISTIN B. JOHNSON WSBA # 28189
Assistant United States Attorney
Attorney for Petitioner

ORDER DISMISSING CASE
[MS06-5001-FDB-KLS] - 1